AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Averta Rorie, <br> *Petitioner* <br> v. <br> Mildred L. Rivera, Warden, <br> *Respondent* | ) <br> ) <br> )    Civil Action No.    1:12-cv-02303-TLW-SVH <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, William Averta Rorie, shall take nothing of the respondent, Mildred L. Rivera, as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, which dismissed the action without prejudice.

Date:  January 18, 2013                          *LARRY W. PROPES, CLERK OF COURT*

                                                                               s/A. Buckingham

                                                              *Signature of Clerk or Deputy Clerk*